# EXHIBIT "B"

COURT OF COMMON PLEAS PHILADELPHIA COUNTY, PENNSYLVANIA

**Osvin Leonel Contreras Madrid**

   *Plaintiff(s) / Petitioner(s)*

v.

**Wal-Mart Stores East. LP, et al**

   *Defendant(s) / Respondent(s)*

*Filed and Attested by the Office of Judicial Records 24 APR 2024 08:49 am B. MERCEDES*

Case No: 240301178

## **AFFIDAVIT OF SERVICE**

I, Alicia Lynch, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Wal-Mart Stores East, LP in Philadelphia County, PA on April 18, 2024 at 10:54 am at 4600 Roosevelt Boulevard, Bldg. G, Philadelphia, PA 19124 by leaving the following documents with Yami Lette who as Employee Authorized to Accept is authorized by appointment or by law to receive service of process for Wal-Mart Stores East, LP.

PRAECIPE TO REINSTATE COMPLAINT, NOTICE TO DEFEND, COMPLAINT, REQUEST FOR ADMISSIONS, INTERROGATORIES, AND REQUEST FOR PRODUCTION OF DOCUMENTS

Hispanic or Latino Female, est. age 25-34, glasses: Y, Black hair, 160 lbs to 180 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=40.0306594558,-75.1005599276
Photograph: See Exhibit 1

Total Cost: $90.00

Notarized online using audio-video communication

Amber Jo Martinez
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194038470
MY COMMISSION EXPIRES OCTOBER 09, 2027

/s/ *Alicia Lynch*
Signature
Alicia Lynch
+1 (267) 267-1305

Subscribed and sworn to before me this __22__ day of
_____April_____, __2024__, by
_____Amber Jo Martinez_____.
Witness my hand and official seal.

*Amber Jo Martinez*
Notary Public

My commission expires:
10/09/2027

Case ID: 240301178



Exhibit 1a)