# EXHIBIT B

COURT OF COMMON PLEAS PHILADELPHIA COUNTY

**Osvin Leonel Contreras Madrid**

*Plaintiff(s) / Petitioner(s)*

v.                                                                      Case No.: 240301178

**Wal-Mart Stores East, LP, et al.**

*Defendant(s) / Respondent(s)*

## AFFIDAVIT OF SERVICE

I, Glenn DePretis, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Angel Sanabria   in Philadelphia County, PA on March 18, 2024 at 12:03 pm at 4600 Roosevelt Boulevard, Philadelphia, PA 19124 by personal service by handing the following documents to an individual identified as Angel Sanabria  .

Angel Sanabria Complaint and Discovery

White Female, est. age 45-54, glasses: N, Blonde hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=40.0464075851,-75.0929308031
Photograph: See Exhibit 1

Notarized online using audio-video communication

Amber Jo Martinez
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194038470
MY COMMISSION EXPIRES OCTOBER 09, 2027

/s/ _____

Signature
Glenn DePretis
+1 (267) 417-7080

Subscribed and sworn to before me this __19__ day of ____March____, __2024__, by ____Amber Jo Martinez____.
Witness my hand and official seal.

_Amber Jo Martinez_
_____
Notary Public

My commission expires:
__10/09/2027__

Proof Job #485187                                   2023-61181                                   Page 1

