# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

OSVIN LEONEL CONTRERAS MADRID,

      *Plaintiff,*

  v.

WALMART STORES EAST, LP, et al.,

      *Defendants.*

CIVIL ACTION
NO. 24-5229

## ORDER

**AND NOW**, this 14th day of March, 2025, upon consideration of Contreras Madrid's Motion for Leave to Amend (ECF No. 10), and Walmart's response (ECF No. 13), it is hereby **ORDERED** that the Motion is **DENIED**.

It is further **ORDERED** that the claim against Angel Sanabria is **DISMISSED** without prejudice.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.