# EXHIBIT E

# Matthew Merkowsky

| | |
|---|---|
| **From:** | Matthew Merkowsky |
| **Sent:** | Friday, November 1, 2024 9:19 AM |
| **To:** | Jeff Cifone; James Natale |
| **Cc:** | Harry Gosnear |
| **Subject:** | Osvin Leonel Contreras Madrid |

Jeff/James – Can you please run an Accurint search on the Walmart manager Angele Sanabria in this case? Thanks

**\*Please note: OUR ADDRESS HAS CHANGED\***

Matt Merkowsky– Litigation Paralegal

Simon & Simon, PC

**\*18 Campus Blvd. Suite 100 – Newtown Square, PA 19073**

Phone: 215-Go-Simon (215-467-4666)

Fax: 267-639-9006

matthewmerkowsky@gosimon.com – www.gosimon.com

*NOTE: The information contained in this e-mail and any attachments are strictly confidential. If you are not the intended recipient, please notify the sender immediately and do not disclose copy or store or use the e-mail and/or attachments for any purpose.* **Please think before you print. Save the earth!**

1