# EXHIBIT F

## Matthew Merkowsky

| | |
|---|---|
| **From:** | Harry Gosnear |
| **Sent:** | Friday, November 1, 2024 1:59 PM |
| **To:** | Matthew Merkowsky; Jeff Cifone; James Natale |
| **Subject:** | RE: Osvin Leonel Contreras Madrid |

Please run Shanell Henry. I think she is the manager.
I googled her. Possibly lives on Fayette Street in Phila. Zoom info indicates store manager at Walmart

Thanks

**From:** Matthew Merkowsky <MatthewMerkowsky@gosimon.com>
**Sent:** Friday, November 1, 2024 9:19 AM
**To:** Jeff Cifone <JeffCifone@gosimon.com>; James Natale <JamesNatale@gosimon.com>
**Cc:** Harry Gosnear <HarryGosnear@gosimon.com>
**Subject:** Osvin Leonel Contreras Madrid

Jeff/James – Can you please run an Accurint search on the Walmart manager Angele Sanabria in this case? Thanks

**\*Please note: OUR ADDRESS HAS CHANGED\***
Matt Merkowsky– Litigation Paralegal
Simon & Simon, PC
**\*18 Campus Blvd. Suite 100 – Newtown Square, PA 19073**
Phone: 215-Go-Simon (215-467-4666)
Fax: 267-639-9006
matthewmerkowsky@gosimon.com – www.gosimon.com

*NOTE: The information contained in this e-mail and any attachments are strictly confidential. If you are not the intended recipient, please notify the sender immediately and do not disclose copy or store or use the e-mail and/or attachments for any purpose.* **Please think before you print. Save the earth!**