IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OSVIN LEONEL CONTRERAS MADRID,<br>    *Plaintiff,*<br><br>  v.<br><br>WALMART STORES EAST, LP, et al.,<br><br>    *Defendants.* | CIVIL ACTION<br>NO. 24-5229 |

## ORDER

**AND NOW**, this 17th day of June, 2025, upon consideration of the Response to the Court's Rule to Show Cause filed by Marc Simon, Harry Gosnear, and Simon & Simon, P.C., (ECF No. 21), the Supplemental Response filed by Simon, Gosnear, and Simon & Simon, P.C., (ECF No. 29), Walmart's Reply, (ECF No. 32), the Sur-Reply filed by Simon, Gosnear, and Simon & Simon, P.C., (ECF No. 35), the Second Supplemental Response filed by Simon, Gosnear, and Simon & Simon, P.C., (ECF No. 38), and after an on-the-record hearing with counsel for the parties, (ECF No. 23), it is **ORDERED** that:

1. Attorney Marc I. Simon is **REPRIMANDED** for violating Federal Rule of Civil Procedure 11(b)(3), as described in the accompanying Memorandum.

2. Attorney Harry B. Gosnear is **REPRIMANDED** for violating Federal Rule of Civil Procedure 11(b)(3), as described in the accompanying Memorandum.

3. Marc I. Simon and Harry B. Gosnear shall both **ENROLL IN AND COMPLETE**, by March 31, 2026, twelve hours each of a CLE-credited seminar or educational program on one or more of the following topics: (1) supervising law-firm personnel, (2) the Pennsylvania Rules of Professional

1

Responsibility, (3) federal subject-matter jurisdiction, or (4) the Federal Rules of Civil Procedure. The twelve hours of CLE courses required by this Order shall be in addition to the twelve hours required annually by the Pennsylvania Continuing Legal Education Board.

4. Marc I. Simon and Harry B. Gosnear shall **SUBMIT** to this Court and to the clerk of the United States District Court for the Eastern District of Pennsylvania, the following:

    a. By March 31, 2026, a certification of their completion of the seminar or educational programs required under this Order;

    b. Within 10 business days of this Order, documentation of the distribution of the accompanying Memorandum and this Order to the attorneys, paralegals and other staff at Simon & Simon, P.C.;

    c. Notice, no later than 10 business days after the action is taken, that the firm has lifted its self-imposed moratorium on filing cases in the Eastern District of Pennsylvania; and

    d. A memorandum, no later than 10 business days after the moratorium is lifted, briefly explaining how their adopted procedures have corrected the conduct identified in the accompanying Memorandum.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.